```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

TEREL BYERS,

                Defendant.

23-cr-0656 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    Defendant's motion entered at Dkt. No. 30 for bail and to set a bail hearing is hereby **DENIED** without prejudice. Defendant is directed to make his motion for bail in the first instance before the Magistrate Court.

**SO ORDERED.**

Dated:   May 2, 2024
           New York, New York

                                                _____
                                                  Victor Marrero
                                                    U.S.D.J.