```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TERYL BYERS,

               Defendant.

**ORDER**

23 Cr. 656 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Robyn F. Tarnofsky on June 25, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for October 11, 2024, at 11:00 a.m.

The Clerk of Court is respectfully directed to conform the spelling of the defendant's name on the docket to the caption above.

SO ORDERED:

Dated:    New York, New York

           June 27, 2024

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK