USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

TERYL BYERS,

        Defendant.

**23 Cr. 656(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The sentencing scheduled for October 11, 2024, at 11:00am is hereby adjourned until October 11, 2024, at 11:30am.

**SO ORDERED.**

Dated:    October 8, 2024
           New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.