USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

TERYL BYERS,

Defendant.

**23 Cr. 656 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Richard H. Rosenberg is re-appointed as C.J.A. counsel to represent the defendant Teryl Byers. The appointment is made effective *nunc pro tunc* to July 23, 2026.

**SO ORDERED.**

Dated: 24 July 2026
New York, New York

Victor Marrero
U.S.D.J.