USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

TEREL BYERS,

Defendants.

**23 CR 0656 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court will hold a conference in this matter to discuss the Defendant's alleged violation of supervised release on December 18, 2026, at 12:00 PM.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Victor Marrero
U.S.D.J.